HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
LUIS BRAVO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS BRAVO-SANCHEZ, <br><br> Defendant. | Case No.  2:16-cr-00165-GEB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 4, 2016 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through, James Robert Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for  Luis Bravo-Sanchez  that the status conference, currently scheduled for November 4, 2016, be continued to December 2, 2016 at 9:00 a.m.

Defense counsel requires additional time to continue reviewing discovery with the defendant and pursue investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 2, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                        Respectfully submitted,

Dated: November 1, 2016                HEATHER E. WILLIAMS
                                                      Federal Defender

                                                      */s/ Noa E. Oren*
                                                      NOA E. OREN
                                                      Assistant Federal Defender
                                                      Attorney for Defendant

Dated: November 1, 2016
                                                      PHILLIP A. TALBERT
                                                      Acting United States Attorney

                                                      */s/ James R. Conolly*
                                                      JAMES R. CONOLLY
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

1  ORDER

2       IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
3  stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as
4  its order. The Court specifically finds the failure to grant a continuance in this case would deny
5  counsel reasonable time necessary for effective preparation, taking into account the exercise of
6  due diligence.  The Court finds the ends of justice are served by granting the requested
7  continuance and outweigh the best interests of the public and defendant in a speedy trial.

8       The Court orders the time from the date the parties stipulated, up to and including
9  December 2, 2016, shall be excluded from computation of time within which the trial of this case
10 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
11 and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It
12 is further ordered the November 4, 2016 status conference shall be continued until December 2,
13 2016, at 9:00 a.m.

14 Dated:  November 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge