HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorney for Defendant
LUIS BRAVO-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00165-GEB-1 |
| Plaintiff, | **REQUEST AND [PROPOSED] ORDER TO EXONERATE PROPERTY BOND** |
| v. | |
| LUIS BRAVO-SANCHEZ, | Judge:  Hon. Garland E. Burrell |
| Defendant. | |

IT IS HEREBY REQUESTED that the $100,000 property bond posted to secure Mr. Bravo-Sanchez's pretrial release should be ordered exonerated and that the Clerk of the Court shall reconvey the real property securing the bond, to the surety.

On August 15, 2016, the Court ordered Mr. Bravo-Sanchez released on a $100,000.00 bond secured by equity in Mr. Guadalupe Bravo Sanchez's Corcoran, California residence. The collateral was posted with the Clerk's Office on August 22, 2016 (Docket #11) and remains in place.

On January 6, 2017, Mr. Bravo-Sanchez entered a guilty plea to the Indictment. Mr. Bravo-Sanchez was sentenced to 24 months imprisonment and self-surrendered at his March 24, 2017 sentencing hearing.

The government does not oppose this request for an order to exonerate the property bond and reconvey the property to the sureties, by mailing the deed to Mr. Guadalupe Bravo Sanchez.

Dated: March 30, 2017              Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for LUIS BRAVO-SANCHEZ

## **ORDER**

IT IS HEREBY ORDERED in case no. 2:16-cr-00165-GEB the $100,000 bond secured by real property be exonerated and that the Clerk of the Court reconvey to the surety, Mr. Guadalupe Bravo Sanchez, the real property that was posted as security in this case, free and clear of any federal lien.

Dated: March 30, 2017              _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2017              Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Noa E. Oren*
                                   NOA E. OREN
                                   Assistant Federal Defender
                                   Attorney for LUIS BRAVO-SANCHEZ

## **ORDER**

IT IS HEREBY ORDERED in case no. 2:16-cr-00165-GEB the $100,000 bond secured by real property be exonerated and that the Clerk of the Court reconvey to the surety, Mr. Guadalupe Bravo Sanchez, the real property that was posted as security in this case, free and clear of any federal lien.

Dated: March 30, 2017              _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE