UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUIS BRAVO-SANCHEZ,<br><br>        Defendant. | No. 2:16-cr-00165-GEB<br><br>**ORDER** |

        The sentence imposed in this case does not reflect both counts of conviction.  Therefore, the parties shall meet and confer in this action concerning this matter and shall file either a stipulated proposed judgment and a proposed order, or another filing concerning this matter no later than Monday, April 3, 2017.  A hearing on this matter is scheduled to commence at 9:00 a.m. on Friday, April 7, 2017.

        Dated:  March 31, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1