PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-00165-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **JUDGMENT** |
| LUIS BRAVO-SANCHEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney, through, James R. Conolly, Assistant U.S. Attorney, attorney for the United States, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for the defendant, Luis Bravo-Sanchez, that the judgment in this case reflect a sentence of 24 months imprisonment for each conviction, to run concurrently, for Mr. Bravo-Sanchez's convictions for: (1) Count One: Conspiracy to manufacture at least 50 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1) and 846; and (2) Count Two: Manufacturing at least 50 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1), in the County of Tehama, State and Eastern District of California.

1    IT IS FURTHER STIPULATED that no term of supervised release will follow, and no fine will be imposed, but Mr. Bravo-Sanchez shall pay a special assessment of $100.00 for each conviction, for a total of $200.00.

Respectfully submitted,

Dated:  April 3, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  April 3, 2017

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant

1  ORDER

2      IT IS HEREBY ORDERED that the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the that the judgment for Mr. Bravo-Sanchez should be a sentence of 24 months imprisonment for each conviction, to run concurrently, with no term of supervised release to follow, for Mr. Bravo-Sanchez's convictions for: (1) Count One: Conspiracy to manufacture at least 50 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1) and 846; and (2) Count Two: Manufacturing at least 50 marijuana plants in violation of 21 U.S.C. §§ 841(a)(1).

    IT IS FURTHER ORDERED THAT no criminal fine be imposed, but Mr. Bravo-Sanchez shall pay a special assessment of $100.00 for each conviction, for a total of $200.00.

Dated:  April 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge