HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
LUIS BRAVO-SANCHEZ

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-00165-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE HEARING AND WAIVE APPEARANCE** |
| vs. | |
| LUIS BRAVO-SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, U.S. Attorney, through, James R. Conolly, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for  Luis Bravo-Sanchez  that the hearing scheduled for Friday, April 7, 2017 be vacated in light of the Court's April 5, 2017 order. (Docket. #41) Additionally, Mr. Bravo-Sanchez, by and through his attorney waives his appearance at re-sentencing.

On April 3, 2017, the Court ordered the parties to confer and submit a stipulated proposed judgment and set a hearing for Friday, April 7, 2017. (Docket #39) The parties filed a stipulated and proposed judgment on April 3, 2017. (Docket #40) By this stipulation, the parties move to vacate the currently scheduled hearing and waive Mr. Bravo-Sanchez's appearance at re-sentencing.

///

///

1                                            Respectfully submitted,

2       Dated:  April 5, 2017                HEATHER E. WILLIAMS
                                             Federal Defender
3
                                             /s/ Noa E. Oren
4                                            NOA E. OREN
                                             Assistant Federal Defender
5                                            Attorney for Defendant

6

7

8       Dated: April 5, 2017
                                             PHILLIP A. TALBERT
9                                            United States Attorney

                                             /s/ James R. Conolly
10                                           JAMES R. CONOLLY
                                             Assistant U.S. Attorney
11                                           Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically vacates the April 7, 2017 hearing and waives Mr. Bravo-Sanchez's appearance at re-sentencing.

Dated:  April 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Order to Vacate Hearing and
Waive Appearance
-3-
*U.S. v Bravo-Sanchez,* 16-cr-165-GEB